UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22847-CIV-ALTONAGA/BROWN

NOLMAN ANTONIO BARRERA SOLANO,

    Plaintiff,

v.

A NAVAS PARTY PRODUCTION, INC., JOSE E.
NAVARRETE, and FRANCISCO A. NAVARRETE,

    Defendants.
_____/

## VERDICT FORM

1. Do you find that the Plaintiff proved by a preponderance of the evidence that he was regularly and recurrently participating in the actual movement of people or things across state lines?

    Answer: Yes or No: __No__.

    Go to question 2.

2. Do you find that the Plaintiff proved by a preponderance of the evidence that the Defendants employed two or more employees who regularly and recurrently handled, used, or sold goods or materials that had moved in interstate commerce at some point?

    Answer: Yes or No: __Yes__.

    Go to question 3.

3. Do you find that the Plaintiff proved by a preponderance of the evidence that he worked more than forty (40) hours in a workweek without properly being paid overtime?

    Answer: Yes or No: __Yes__.

    Go to question 4.

4. Do you find that the Plaintiff proved by a preponderance of the evidence that he was not paid minimum wage in any workweek?

Answer: Yes or No: __Yes__.

Go to question 5.

5. Do you find that the Plaintiff proved by a preponderance of the evidence that Jose Navarrete was an officer of the corporate Defendant who had actual day-to-day control over the operations of the company, including involvement in the payment of wages to workers?

Answer: Yes or No: __Yes__.

Go to question 6.

6. Do you find that the Plaintiff proved by a preponderance of the evidence that Francisco Navarrete was an officer of the corporate Defendant who had actual day-to-day control over the operations of the company, including involvement in the payment of wages to workers?

Answer: Yes or No: __No__.

Go to question 7.

7. If you answered "Yes" to question 3, please list on the attached forms the amount of overtime hours each workweek for the Plaintiff that you believe that the Plaintiff was not properly paid. If you answered "Yes" to question #4, please list on the attached forms the amount below minimum wage that Plaintiff was paid for each workweek that the Plaintiff was not paid minimum wage.

You have completed your deliberations. Sign and date the Verdict Form, and notify the court security officer that you have reached a verdict.

SO SAY WE ALL.

Date: 10/6/10           Foreperson: _____

# EXHIBIT "A" TO VERDICT FORM

A NAVAS PARTY PRODUCTION, INC, *et al.* adv.
NOLMAN ANTONIO BARRERA SOLANO
CASE NO. 09-22847-CIV-ALTONGA/BROWN

| WORKWEEK | OVERTIME HOURS WORKED | AMOUNT OWED FOR OVERTIME | AMOUNT PAID BELOW MINIMUM WAGE |
|---|---|---|---|
| August 24-25, 2009 | 0 | 0 | 72.50 |
| August 17-23, 2009 | 0 | 0 | 253.75 |
| August 10-16, 2009 | 0 | 0 | 0 |
| August 3-9, 2009 | 5 | 25.00 | 0 |
| July 27, 2009- August 2, 2009 | 0 | 0 | 0 |
| July 20-26, 2009 | 0 | 0 | 0 |
| July 13-19, 2009 | 0 | 0 | 0 |
| July 6-12, 2009 | 32.75 | 163.75 | 0 |
| June 29, 2009- July 5, 2009 | 20.25 | 101.25 | 0 |
| June 22-28, 2009 | 32.5 | 162.00 | 0 |
| June 15-21, 2009 | 31.25 | 156.25 | 0 |
| June 8-14, 2009 | 11.25 | 56.25 | 0 |
| June 1-7, 2009 | 1.5 | 7.50 | 0 |
| May 25-31, 2009 | 18.25 | 91.25 | 0 |
| May 18-24, 2009 | 13.5 | 67.50 | 0 |
| May 11-17, 2009 | 31.75 | 158.75 | 0 |
| May 4-10, 2009 | 31.25 | 156.25 | 0 |
| April 27, 2009- May 3, 2009 | 16.5 | 82.50 | 0 |
| April 20-26, 2009 | 29.25 | 156.25 | 0 |
| April 13-19, 2009 | 22.25 | 111.25 | 0 |
| April 6-12, 2009 | 0 | 0 | 0 |
| March 30, 2009- April 5, 2009 | 24.5 | 122.50 | 0 |
| March 23-29, 2009 | 13. | 65.00 | 0 |
| March 16-22, 2009 | 27.5 | 137.50 | 0 |
| March 9-15, 2009 | 36.5 | 182.50 | 0 |
| March 2-8, 2009 | 0 | 0 | 0 |
| February 23, 2009- March 1, 2009 | 32.25 | 161.25 | 0 |
| February 16-22, 2009 | 13.5 | 67.50 | 0 |
| February 9-15, 2009 | 31.75 | 158.75 | 0 |
| February 2-8, 2009 | 0 | 0 | 0 |
| January 26, 2009- February 1, 2009 | 24 | 120.00 | 0 |
| January 19-25, 2009 | 4.75 | 23.75 | 0 |
| January 12-18, 2009 | 6.75 | 33.75 | 0 |
| January 5-11, 2009 | 0 | 0 | 0 |
| December 29, 2008- January 4, 2009 | 24.25 | 121.25 | 0 |

1

## EXHIBIT "A" TO VERDICT FORM

| Week | Hours | Amount | |
|---|---|---|---|
| December 22-28, 2008 | 23 | 115.00 | ⊖ |
| December 15-21, 2008 | 43 | 215.00 | ⊖ |
| December 8-14, 2008 | 34.5 | 172.50 | ⊖ |
| December 1-7, 2008 | ⊖ | ⊖ | ⊖ |
| November 24-30, 2008 | 14.5 | 72.50 | ⊖ |
| November 17-23, 2008 | 39.25 | 196.25 | ⊖ |
| November 10-16, 2008 | ⊖ | ⊖ | ⊖ |
| November 3-9, 2008 | 43. | 215.00 | ⊖ |
| October 27, 2008- November 2, 2008 | ⊖ | ⊖ | ⊖ |
| October 20-26, 2008 | 29.25 | 146.25 | ⊖ |
| October 13-19, 2008 | ⊖ | ⊖ | ⊖ |
| October 6-12, 2008 | 9.5 | 47.50 | ⊖ |
| September 29, 2008- October 5, 2008 | ⊖ | ⊖ | |
| September 22-28, 2008 | 16.5 | 82.50 | ⊖ |
| September 15-21, 2008 | 21.75 | 108.75 | ⊖ |
| September 8-14, 2008 | 17.75 | 88.75 | ⊖ |
| September 1-7, 2008 | 3.75 | 18.75 | ⊖ |
| August 25-31, 2008 | 12.75 | 63.75 | ⊖ |
| August 18-24, 2008 | ⊖ | ⊖ | ⊖ |
| August 11-17, 2008 | ⊖ | ⊖ | ⊖ |
| August 4-10, 2008 | ⊖ | ⊖ | ⊖ |
| July 28, 2008- August 3, 2008 | ⊖ | ⊖ | ⊖ |
| July 21-27, 2008 | 4.25 | 22.50 | ⊖ |
| July 14-20, 2008 | 16.75 | 83.75 | ⊖ |
| July 7-13, 2008 | 42.5 | 212.50 | ⊖ |
| June 30, 2008- July 6, 2008 | ⊖ | ⊖ | ⊖ |
| June 23-29, 2008 | 55. | 275.00 | ⊖ |
| June 16-22, 2008 | ⊖ | ⊖ | ⊖ |
| June 9-15, 2008 | 5.75 | 28.75 | ⊖ |
| June 2-8, 2008 | ⊖ | ⊖ | ⊖ |
| May 26, 2008- June 1, 2008 | 10.5 | 52.50 | ⊖ |
| May 19-25, 2008 | 44.75 | 223.75 | ⊖ |
| May 12-18, 2008 | 17. | 85.00 | ⊖ |
| May 5-11, 2008 | 29.5 | 147.50 | ⊖ |
| April 28, 2008- May 4, 2008 | ⊖ | ⊖ | ⊖ |
| April 21-27, 2008 | 2 | 10.00 | ⊖ |
| April 14-20, 2008 | 14. | 70.00 | ⊖ |
| April 7-13, 2008 | 19.0 | 95.00 | ⊖ |
| March 31, 2008- April 6, 2008 | 40.5 | 202.50 | ⊖ |
| March 24-30, 2008 | 11.5 | 57.50 | ⊖ |
| March 17-23, 2008 | 16.75 | 83.75 | ⊖ |
| March 10-16, 2008 | 24 | 120.00 | ⊖ |
| March 3-9, 2008 | 46.75 | 233.75 | ⊖ |

# EXHIBIT "A" TO VERDICT FORM

| Period | | | |
|---|---|---|---|
| Feb. 25, 2008- March 2, 2008 | 43.50 | 217.50 | 0 |
| February 18-24, 2008 | 30 | 135.00 | 0 |
| February 11-17, 2008 | 0 | 0 | 0 |
| February 4-10, 2008 | 0 | 0 | 0 |
| January 28, 2008- February 3, 2008 | 27.25 | 122.63 | 0 |
| January 21-27, 2008 | 2.75 | 12.38 | 0 |
| January 14-20, 2008 | 0 | 0 | 0 |
| January 7-13, 2008 | 0 | 0 | 0 |
| December 31, 2007- January 6, 2008 | 2.75 | 12.38 | 0 |
| December 24-30, 2007 | 0 | 0 | 0 |
| December 17-23, 2007 | 0 | 0 | 0 |
| December 10-16, 2007 | 15.5 | 69.75 | 0 |
| December 3-9, 2007 | 0 | 0 | 0 |
| November 26, 2007- December 2, 2007 | 1 | 4.50 | 0 |
| November 19-25, 2007 | 10 | 45.00 | 0 |
| November 12-18, 2007 | 42 | 189.00 | 0 |
| November 5-11, 2007 | 48.75 | 219.38 | 0 |
| October 29, 2007- November 4, 2007 | 23.25 | 104.63 | 0 |
| October 22-28, 2007 | 9 | 40.50 | 0 |
| October 15-21, 2007 | 46 | 207 | 0 |
| October 8-14, 2007 | 27.75 | 124.88 | 0 |
| October 1-7, 2007 | 19.5 | 87.75 | 0 |
| September 24-30, 2007 | 22.5 | 101.25 | 0 |
| September 17-23, 2007 | 0 | 0 | 0 |
| September 10-16, 2007 | 0 | 0 | 0 |
| September 3-9, 2007 | 0 | 0 | 0 |
| August 27, 2007- September 2, 2007 | 0 | 0 | 0 |
| August 20-26, 2007 | 0 | 0 | 0 |
| August 13-19, 2007 | .5 | 2.25 | 0 |
| August 6-12, 2007 | 0 | 0 | 0 |
| July 30, 2007- August 5, 2007 | 23.75 | 106.88 | 0 |
| July 23-29, 2007 | 0 | 0 | 0 |
| July 16-22, 2007 | 0 | 0 | 0 |
| July 9-15, 2007 | 14 | 63.00 | 0 |
| July 2-8, 2007 | 0 | 0 | 0 |
| June 25, 2007- July 1, 2007 | 3.75 | 16.88 | 0 |
| June 18-24, 2007 | 7.5 | 33.75 | 0 |
| June 11-17, 2007 | 17.25 | 77.63 | 0 |
| June 4-10, 2007 | 0 | 0 | 0 |
| May 28, 2007- June 3, 2007 | 24.75 | 111.38 | 0 |

3

# EXHIBIT "A" TO VERDICT FORM

| Week | | | |
|---|---|---|---|
| May 21-27, 2007 | 0 | 0 | 0 |
| May 14-20, 2007 | 41.25 | 185.63 | 0 |
| May 7-13, 2007 | 5.25 | 23.63 | 0 |
| April 30, 2007- May 6, 2007 | 45.50 | 204.75 | 0 |
| April 23-29, 2007 | 13 | 58.50 | 0 |
| April 16-22, 2007 | 29.75 | 119. | 0 |
| April 9-15, 2007 | 10.25 | 41. | 0 |
| April 2-8, 2007 | 0 | 0 | 0 |
| March 26, 2007- April 1, 2007 | 21.50 | 86. | 0 |
| March 19-25, 2007 | 37.75 | 151. | 0 |
| March 12-18, 2007 | 24.50 | 98. | 0 |
| March 5-11, 2007 | 38.25 | 153. | 0 |
| February 26, 2007- March 4, 2007 | 37.5 | 150. | 0 |
| February 19-25, 2007 | 37.25 | 149. | 0 |
| February 12-18, 2007 | 41.25 | 165. | 0 |
| February 5-11, 2007 | 57.24 | 229. | 0 |
| January 29, 2007- February 4, 2007 | 5.4 | 22. | 0 |
| January 22-28, 2007 | 17.5 | 70. | 0 |
| January 15-21, 2007 | 0 | 0 | 0 |
| January 8-14, 2007 | 0 | 0 | 0 |
| January 1-7, 2007 | 16 | 64.00 | 0 |
| December 25-31, 2006 | 0 | 0 | 0 |
| December 18-24, 2006 | 0 | 0 | 0 |
| December 11-17, 2006 | 0 | 0 | 0 |
| December 4-10, 2006 | 0 | 0 | 0 |
| November 27, 2006- December 3, 2006 | 0 | 0 | 0 |
| November 20-26, 2006 | 0 | 0 | 0 |
| November 13-19, 2006 | 0 | 0 | 0 |
| November 6-12, 2006 | 0 | 0 | 0 |
| October 30, 2006- November 5, 2006 | 0 | 0 | 0 |
| October 23-29, 2006 | 0 | 0 | 0 |
| October 16-22, 2006 | 0 | 0 | 0 |
| October 9-15, 2006 | 0 | 0 | 0 |
| October 2-8, 2006 | 0 | 0 | 0 |
| September 25, 2006- October 1, 2006 | 0 | 0 | 0 |
| September 23-24, 2006 | 0 | 0 | 0 |

4