UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22847-CIV-ALTONAGA/Brown

NOLMAN ANTONIO BARRERA SOLANO,

       Plaintiff,

vs.

A NAVAS PARTY PRODUCTION, INC.,
*et al.*,

       Defendants.

_____/

FINAL JUDGMENT

THIS CAUSE came for trial before the Court and a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on October 6, 2010, it is

ORDERED AND ADJUDGED as follows:

1.      Judgment is entered for Plaintiff, Nolman Antonio Barrera Solano, and against Defendants, A Navas Party Production, Inc. and Jose E. Navarrete, for unpaid wages of $10,634.81 and liquidated damages of $10,634.81 pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216, for a total judgment of $21,269.62, for which sum let execution issue. *See Rodriguez v. Farm Stores Grocery, Inc.*, 518 F.3d 1259, 1272-75 (11th Cir. 2008).

2.      Plaintiff, Nolman Antonio Barrera Solano, shall take nothing from Defendant, Francisco A. Navarrete.

3.      The Court reserves jurisdiction over any request for reasonable attorney's fees and

Case No. 09-22847-CIV-ALTONAGA/Brown

costs for Plaintiff, Nolman Antonio Barrera Solano, and reasonable costs for

Defendant, Francisco A. Navarrete.

4.      The Clerk shall **CLOSE** the case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2010.


_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record