**ELITE REPORTING OF SOUTH FLORIDA, INC.**
707 SOUTHEAST 3RD AVENUE, SUITE 101
FORT LAUDERDALE, FL 33316
(954) 761-8338   FAX (954) 761-8653

| | |
|---|---|
| J.H ZIDELL, P.A.<br>300 71ST STREET<br>SUITE 605<br>MIAMI BEACH, FL 33141 | INVOICE NO. : 256932<br>INVOICE DATE: 4/29/2010<br>REPORTER:<br>DAWN SOVIERO |
| MICHELE SAMAROO, ESQ.<br>SOLANO VS. A NAVAS PARTY PRODUCTION<br>NOLMAN SOLANO<br>CASE NO.: 09-22847-CIV-ALTONAGA/BROWN | ID# 65-0818204 |

| Date | Description | Amount |
|---|---|---|
| 4/08/2010 | DEPOSITION OF: NOLMAN SOLANO | |
| | COPY OF TRANSCRIPT: 119 PGS. | 386.75 |
| | COURIER FEE | 15.00 |
| | Sub Total | 401.75 |
| | Paid | 0.00 |
| | Balance Due | 401.75 |

**THANK YOU FOR USING ELITE REPORTING OF SOUTH FLORIDA, INC.**
Past due invoices carry a 1.5% interest charge per month
We now accept credit card payments

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
**Federally Certified Court Interpreter**
365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-5068

October 6, 2010

TO: J.H. Zidell

**INVOICE**
No. 2957

| DATE OF SERVICE: | September 27, 28 and October 4 |
| --- | --- |
| CASE: | Hallman Barrera Solano vs. A Navas Party Productions |
| DESCRIPTION: | Interpreted during jury trial |
| TERMS: | Net due upon receipt |

| DATE | TIME | RATE | SUBTOTAL | TOTAL |
| --- | --- | --- | --- | --- |
| 9/27/2010 | 6.5hrs | $85.00 | $552.50 | |
| 9/28/2010 | 7.5 hrs | $85.00 | $637.50 | |
| 10/4/2010 | 7 hrs | $85.00 | $595.00 | $1,785.00 |

Thank you for your business.



**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 2/18/2010 | 1131 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 2/18/2010 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date 2-16-10　　Time 10:00 to 1:30 | 200.00 | 200.00 |
| 0 | original + 1 | holding 100 pages and 2 cnas | 3.40 | 0.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 0 | courier |  | 11.00 | 0.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |
|  |  | Thanks for your business. |  |  |

Barrera V. Navas Party

**Total** $200.00



## Depo Express, Inc.
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2010 | 1191 |

**Bill To**

Law Offices of JH Zidell
Jay Zidell

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | Net 30 | 5/7/2010 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date 2-16-10    Time back order | 75.00 | 0.00 |
| 51 | original + 1 | Francisco Navarrete Jose Navarret 1 week expedite | 5.55 | 283.05 |
| 0 | exhibits | | 0.35 | 0.00 |
| 0 | condensed/a... | | 25.00 | 0.00 |
| 1 | courier | | 11.00 | 11.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |

Thanks for your business.

solano V. A Navas

**Total**  $294.05

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1450 NW 87th Ave
Doral, FL 33172
Tel: (305) 436-5011

9/16/2010　　　　　　　7:37:35 PM EST
Team Member: Andre L.
Customer: Jacob Zidell

SALE

| RETAIL SUPPLIES | Qty 1 | 35.91 |
|---|---|---|
| Dvdr RdyIndx15tab | 3 @ | 4.9900 T |
| 8484 Regular Price | 4.99 | |
| Dvdr TOC Ref 8TbColr | 3 @ | 2.9900 T |
| 4121 Regular Price | 2.99 | |
| BinderEconVw1.5inWht | 3 @ | 3.9900 T |
| 4410 Regular Price | 3.99 | |
| Price per piece | 35.91 | |
| Regular Total | 35.91 | |
| Discounts | 0.00 | |

| COPIES | Qty 3 | 69.12 |
|---|---|---|
| FS BW SS8.5x11/14 3H | 768 @ | 0.0900 T |
| 2706 Regular Price | 0.12 | |
| Price per piece | 23.04 | |
| Regular Total | 92.16 | |
| Discounts | 23.04 | |

| EXTRA COPIES | Qty 2 | 46.08 |
|---|---|---|
| FS BW SS8.5x11/14 3H | 512 @ | 0.0900 T |
| 2706 Regular Price | 0.12 | |
| Price per piece | 23.04 | |
| Regular Total | 61.44 | |
| Discounts | 15.36 | |

Sub-Total　　　　　　151.11
Tax　　　　　　　　　10.58
Deposit　　　　　　　　0.00

**Total**　　　　　　　161.69 ✓

Visa (S)　　　　　　　161.69
　Account: 2041
　Auth: 003819 (A)



Kinkos Total
= 316.36

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1450 NW 87th Ave
Doral, FL 33172
Tel: (305) 438-5011

9/18/2010                2:30:38 PM EST
Team Member: Marsha I.
Customer: Jacob Zidell

SALE

| BW copies | Qty 2 | 32.60 |
|---|---|---|
| FS BW SS8.5x11/14 3H | 242 @ | 0.1100 T |
| 2706 Regular Price | 0.12 | |
| Dvdr TOC Ref 8TbColr | 2 @ | 2.9900 T |
| 4121 Regular Price | 2.99 | |
| Price per piece | 16.30 | |
| Regular Total | 35.02 | |
| Discounts | 2.42 | |

| Sub-Total | 32.60 |
|---|---|
| Tax | 2.29 |
| Deposit | 0.00 |
| **Total** | 34.89 |
| Visa (S) | 34.89 |
| Account: 2041 | |
| Auth: 053014 (A) | |
| Total Tender | 34.89 |
| Change Due | 0.00 |
| Total Discounts | 2.42 |



*1493002537*

# FedEx Office

FedEx Office is your destination
for printing and shipping.

12395 Biscayne Blvd
Miami, FL 33181-2722
Tel: (305) 899-9337

9/20/2010  9:07:28 PM EST
Team Member: Silvia G.
Customer: JANIE ZIDELL

SALE

| BINDERS | Qty 2 | 111.94 |
|---|---|---|
| FS BW SS Standard | 600 @ | 0.0750 T |
| 0001 Regular Price | 0.10 | |
| Drilling | 600 @ | 0.0100 T |
| 0371 Regular Price | 0.01 | |
| FS BW Spec Services | 2 @ | 17.5000 T |
| 2417 Regular Price | 17.50 | |
| Dvdr RdyIndx10tabClr | 2 @ | 3.9900 T |
| 7267 Regular Price | 3.99 | |
| BinderEconVw1.5inWht | 2 @ | 3.9900 T |
| 4410 Regular Price | 3.99 | |
| Dvdr RdyIndx15tab | 2 @ | 4.9900 T |
| 8484 Regular Price | 4.99 | |

| Price per piece | 55.97 |
|---|---|
| Regular Total | 126.94 |
| Discounts | 15.00 |

| Sub-Total | 111.94 |
|---|---|
| Tax | 7.84 |
| Deposit | 100.00 |
| **Total** | 119.78 ✓ |
| **Cash** | 100.00 |
| Total Tender | 100.00 |
| Change Due | (80.22) |

Total Discounts   15.00



From business cards to banners,
we have your printing solution

**J.H. ZIDELL P.A.**
BUSINESS OPERATING ACCOUNT
300-71ST STREET SUITE 605
MIAMI BEACH, FL 33141

2832

DATE 10/26/10

PAY TO THE ORDER OF Barbara Medure    $ 363.60

Three Hundred Sixty Three and 60/00 DOLLARS

City National Bank
OF FLORIDA
300 SEVENTY-FIRST STREET
MIAMI BEACH, FLORIDA 33141

FOR 10/4 Transcript Solano

⑁006004367⑁ 002832⑁ 175353002⑁